**Luther Eugene MORRIS, Appellant,**

v.

**C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas, Appellee.**

No. 5831.

United States Court of Appeals
Tenth Circuit.

May 21, 1958.

H. Malcolm Mackay, Denver, Colo., for appellant.

A. I. West, Asst. U. S. Atty., Topeka, Kan. (William C. Farmer, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., were on the brief), for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

This is an appeal from an order discharging a writ of habeas corpus and

remanding Morris, the petitioner, to the custody of the Warden. Upon the authority of United States v. Brown, 333 U.S. 18, 68 S.Ct. 376, 92 L.Ed. 442, and Ong v. Hunter, 10 Cir., 196 F.2d 256, the order is affirmed.